**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CALVIN FLOYD,                       :   No. 51 EM 2017
                                             :
                  Petitioner         :
                                               :
                                               :
                  v.                    :
                                               :
                                               :
SUPERINTENDENT CYNTHIA LINK,   :
                                               :
                  Respondent       :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 31st day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.